UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 5:22-CR-001-01-H |
| BRIAN BURYL HAMILTON, | |
| Defendant. | |

**ORDER GRANTING THE GOVERNMENT'S
MOTION TO DISMISS THE INDICTMENT**

Before the Court is the government's Motion to Dismiss the Indictment. Dkt. No. 35. Federal Rule of Criminal Procedure 48(a) states that "[t]he government may, with leave of court, dismiss an indictment, [or] information." "[T]he termination of pending prosecutions should not be judicially disturbed unless clearly contrary to manifest public interest." *United States v. Hughes*, 726 F.3d 656, 663 (5th Cir. 2013) (quoting *United States v. Cowan*, 524 F.2d 504, 513 (5th Cir. 1975)). For the reasons stated in the government's motion (Dkt. No. 35), the Court grants the motion. Accordingly, the Court dismisses the charges against Hamilton in the Indictment (Dkt. No. 21).

So ordered on September 22, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE